UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSE LIRIANO | CIVIL ACTION |
| VERSUS | NO: 23-04189 |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST | SECTION: T (2) |

## JUDGMENT

On this date, the Court granted the Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6), filed by Defendant Hartford Insurance Company of the Midwest ("Hartford"). (R. Doc. 15), as well as the Motion to Dismiss Case, filed by Plaintiff Jose Liriano (R. Doc. 17). The Court dismissed Plaintiff's claims with prejudice. Accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that there be judgment in favor of Defendant Hartford Insurance Company of the Midwest and against Plaintiff Jose Liriano and that all of Plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 13th day of March 2024.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE